1

2

3

4

5

6

7                      IN THE UNITED STATES DISTRICT COURT FOR THE

8                            EASTERN DISTRICT OF CALIFORNIA

9

IRENE ESCAMILLA,                    )          1:07cv1082 DLB

10                                  )

                                    )

11                                  )

                                    )          ORDER TO SHOW CAUSE

12                                  )

         vs.                        )

13                                  )

MICHAEL J. ASTRUE, Commissioner,    )

14                                  )

                                    )

15         Defendant.               )

_____    )

16

        On July 26, 2007, Plaintiff filed the present action for judicial review of the denial of Social

17

Security benefits.  On July 27, 2007, the Court issued a Scheduling Order.  The Scheduling Order

18

states that within 120 days after service, Defendant shall file and serve a copy of the administrative

19

record, which shall be deemed an answer to the complaint.  The Order also provides that within 30

20

days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief

21

outlining why remand is warranted which Defendant shall respond to within 35 days.  Thereafter, if

22

Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file

23

and serve an opening brief.  Defendant's opposition is due within 30 days.

24

        On November 26, 2007, Defendant lodged the administrative record.  Plaintiff filed her

25

opening brief on March 3, 2008.  To date, Defendant has failed to file an opposition.

26

27

28
                                              1

1    Therefore, Defendant is ORDERED TO SHOW CAUSE, if any he has, why sanctions should

2  not be imposed for failure to comply with the July 27, 2007, scheduling order.  Defendant is

3  ORDERED to file a written response to this Order to Show Cause within 20 days of the date of this

4  Order.

5    Failure to respond to this Order to Show Cause may result in the imposition of sanctions.

6

7   IT IS SO ORDERED.

8    **Dated:**   **April 28, 2008**              **/s/ Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            2