IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE ESCAMILLA,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>Defendant. | 1:07cv01082 DLB<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br>(Document 19) |

    On July 26, 2007, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

    On April 28, 2008, the Court issued an order to show cause why sanctions should not be imposed for Defendant's failure to file an opposition to Plaintiff's opening brief. Defendant responded to the order on May 19, 2008, explaining that an inadvertent internal filing error and family issues led to the oversight. Defendant also filed his opposition.

    Accordingly, the order to show cause issued on April 28, 2008, is DISCHARGED. Plaintiff's reply, if any, is due within fifteen days after service of Defendant's opposition.

    IT IS SO ORDERED.

    **Dated:** **May 20, 2008**                  **/s/ Dennis L. Beck**
                                                                         UNITED STATES MAGISTRATE JUDGE

1